# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY BOLIN and ) | |
| DONALD BOLIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:17-CV-1903 RLW |
| ) | |
| HSBC MORTGAGE SERV., INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

In accordance with 28 U.S.C. § 1915, the Court will grant plaintiffs' motion for leave to proceed in forma pauperis and will order the United States Marshal's Office to effectuate service on the plaintiffs' behalf.

Accordingly,

**IT IS HEREBY ORDERED** plaintiffs' motion for leave to proceed in forma pauperis [Doc. #3] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint.

**IT IS FURTHER ORDERED** that defendant HSBC Mortgage Services shall be served with summons through its registered agent: C.T. Corp. System, 120 South Central Ave., Clayton, Missouri 63105.

**IT IS FURTHER ORDERED** that defendant Mortgage Electronic Registration Systems, Inc. ("MERS") should be served with summons through its registered agent: Missouri Secretary of State, 600 W. Main Street, Jefferson City, Missouri 65102.

**IT IS FURTHER ORDERED** that defendant Martin Leigh should be served with summons, at 1044 Main Street, Kansas City, Missouri, 64105.

Dated this  27th  day of July, 2017.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE