UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY BOLIN and DONALD BOLIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HSBC MORTGAGE SERVICES, ) <br> MARTIN LEIGH, MERS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:17CV1903 RLW |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion for Appointment of Counsel and Affidavit in Support (ECF No. 2).

There is no constitutional or statutory right to appointed counsel in a civil case. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, courts consider factors that include whether the plaintiff has presented non-frivolous allegations supporting his prayer for relief, whether the plaintiff will substantially benefit from the appointment of counsel, whether there is a need to further investigate and present the facts related to the plaintiff's allegations, and whether the factual and legal issues presented by the action are complex. *See Battle v. Armontrout*, 902 F.2d 701, 702 (8th Cir. 1990); *Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005.

After considering Plaintiffs' Motion for Appointment of Counsel and Affidavit in Support, in view of the relevant factors, the Court finds that the facts and legal issues presented in the instant case are not so complex as to warrant the appointment of counsel at this time. In addition, the pleadings filed by Kimberly and Donald Bolin, indicate that they are capable of presenting the facts and legal issues without the assistance of counsel. Plaintiffs' Motion for Appointment of Counsel and Affidavit in Support will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Appointment of Counsel and Affidavit in Support (ECF No. 2) is **DENIED**, without prejudice.

Dated this 18th day of August, 2017.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE