UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KIMBERLY BOLIN and )
DONALD BOLIN, )
                                  )
     Plaintiffs, )
                                  )
v. ) No. 4:17-CV-1903 RLW
                                  )
HSBC MORTGAGE SERV., INC., )
                                  )
     Defendants. )

## MEMORANDUM AND ORDER

In accordance with 28 U.S.C. § 1915, the Court will order the United States Marshal's Office to effectuate service on the plaintiffs' behalf on MERS, LLC[1].

Accordingly,

**IT IS HEREBY ORDERED** that defendant Mortgage Electronic Registration Systems, LLC ("MERS") should be served with summons through its registered agent: C.T. Corp. System, 120 South Central Ave., Clayton, Missouri 63105.

Dated this 25th day of August, 2017.

                                                    RONNIE L. WHITE
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has contacted the Court to indicate that MERS has changed its name from MERS, Inc. to MERS, LLC. Therefore, the Court will order alias summons to reflect the change in name and in defendant's registered agent.