# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

KIMBERLY BOLIN and )
DONALD BOLIN, )
                        )
         Plaintiffs, )
                        )
v. )    No. 4:17-CV-1903 RLW
                        )
HSBC MORTGAGE SERV., INC., )
                        )
         Defendants. )

## MEMORANDUM AND ORDER

In accordance with 28 U.S.C. § 1915, the Court will order the United States Marshal's Office to effectuate service on plaintiffs' amended complaint as to the defendants that have not yet been formally been served with process in this matter.

All defendants who have already filed an answer or other responsive pleading in this matter shall respond to plaintiffs' amended complaint in the time allowed within the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that defendant MERS, LLC should be served with summons through its registered agent: C.T. Corporation System, 120 South Central Ave., Clayton, Missouri 63105.

**IT IS FURTHER ORDERED** that defendant Decision One Mortgage Company, LLC should be served with summons through the Missouri Secretary of State at 600 West Main, Jefferson City, Missouri 65102.[1]

---

[1] Decision One Mortgage Company, LLC is no longer doing business in the State of Missouri and as such, it must be served through the Missouri Secretary of State. However, Decision One

**IT IS FURTHER ORDERED** that First Option Mortgage, LLC should be served with summons through its registered agent: National Registered Agents, Inc., 120 South Central Ave., Clayton, Missouri 63105.

**IT IS FURTHER ORDERED** that Commonwealth Land Title Company, LLC should be served with summons through its registered agent: C.T. Corporation System, 120 South Central Ave., Clayton, Missouri 63105.

**IT IS FURTHER ORDERED** that plaintiff shall provide the registered agent in the State of Missouri for Intervale Mortgage Corporation in order for the Court to effectuate service of process on this defendant as the Court has not been able to locate a registered agent for this defendant. Plaintiff shall have thirty (30) days to provide the Court with a registered agent for defendant Intervale Mortgage Corporation.

Dated this 4th day of October, 2017.

                                                   RONNIE L. WHITE
                                                 UNITED STATES DISTRICT JUDGE

---

Mortgage Company, LLC is an indirect wholly-owned subsidiary of HSBC Finance Corporation, which is an indirect wholly-owned subsidiary of HSBC Holdings plc. Defendant HSBC Mortgage Services, Inc. is similarly a wholly-owned subsidiary of HSBC Finance Corporation.