## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KIMBERLY AND DONALD BOLIN, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:17CV1903 RLW |
| HSBC MORTGAGE SERVICES, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Appointment of Alternative Dispute Resolution (ADR) Pro Bono Limited Scope Counsel (ECF No. 42) is **GRANTED**. The Court, pursuant to E.D. Mo. L.R. 6.02(C), appoints Nancy Mogab, Mogab & Hughes Attorneys, P.C., 701 Market Street, Suite 1510, St. Louis, MO 63101, (314) 241-4477, to represent Plaintiffs Kimberly and Donald Bolin in this matter for the limited purpose of providing legal advice and representation in preparation for and during the course of mediation or early neutral evaluation, without compensation. Ms. Mogab shall file a Limited Representation Appearance (*see* Limited Representation Appearance Pursuant to Local Rule 6.02(C), www.moed.uscourts.gov, form MOED-0053) confirming counsel's consent to serve pro bono for the limited purpose of assisting in the alternative dispute resolution process ordered for this case. Plaintiffs Kimberly and Donald Bolin shall be required to sign the entry of appearance as an indication of their consent and understanding of the nature of the limited scope of representation.

The court-appointed representation shall terminate, and appointed counsel shall have no further obligation to advise or otherwise appear on behalf of the party, when the ADR process is concluded and any resulting settlement agreement is executed.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide copies of the documents filed in this case to Ms. Mogab.

**Nothing in this Order alters the Case Management Order previously entered in this case. All deadlines set forth in the Case Management Order shall remain in full force and effect and will be modified only upon a showing of exceptional circumstances.**

Dated this 24th day of October, 2017.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**